JOHN TRACEY, Respondent, *v.* METROPOLITAN STREET RAIL-
WAY COMPANY, Appellant.

*Tracey* v. *Metropolitan Street Ry. Co.*, 49 App. Div. 197, affirmed.
(Argued October 11, 1901; decided November 1, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
March 19, 1900, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial.

*Henry Melville, Charles F. Brown, John T. Little* and
*Henry A. Robinson* for appellant.

*Theodore M. Hill* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN,
CULLEN and WERNER, JJ.

---

ADOLPH M. DROSTE, Appellant, *v.* WILLIAM H. PALMER,
Respondent.

*Droste* v. *Palmer*, 46 App. Div. 278, affirmed.
(Submitted October 11, 1901; decided November 1, 1901.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
December 21, 1899, reversing a judgment in favor of plaintiff
entered upon a verdict directed by the court and granting a
new trial.

*Towns & McCrossin* for appellant.

*Hugo Hirsh* and *Henry C. De Witt* for respondent.

Order affirmed and judgment absolute ordered for defend-
ant on the stipulation, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN
and WERNER, JJ. Not sitting: CULLEN, J.